In the Matter of the Judicial Settlement of the Account of Proceedings of ELENORE B. TUCK and the NEW YORK TRUST COMPANY, as Trustees of the Trusts under the Last Will and Testament of HENRY TUCK, Deceased.— Decree so far as appealed from unanimously affirmed, with costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [165 Misc. 346; Id. 359.]

F. WILSON VANDER VEER, as Trustee under a Deed of Trust Dated February 13, 1919, Made by FREDERIC E. LEWIS, Respondent, v. MARY RUSSELL LEWIS and WADSWORTH RUSSELL LEWIS, Appellants, FREDERIC ELLIOTT LEWIS, CYNTHIA BIRD LEWIS and ROBERT MINTURN LEWIS, Appellants, Respondents, KATHERINE WILSON VANDER VEER and F. WILSON VANDER VEER, as Executors, etc., of FRANCIS S. VANDER VEER, Deceased Trustee, DUNCAN G. HARRIS, as Trustee, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPHINE KHVEDCHINIA, Appellant, v. THE GREEN-WOOD CEMETERY, INC., and ELMER F. ANDREWS, Industrial Commissioner of the Labor Department of the State of New York, Respondents.— Judgment and order unanimously affirmed, with costs. (See *Matter of Slattery* v. *Board of Estimate and Apportionment of the City of New York*, 271 N. Y. 346.) Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MAX M. KRAUSS, Appellant, v. NEW ERA CAB CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRWIN LEVIN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Judicial Settlement of the Account of the Proceedings of CENTRAL HANOVER BANK AND TRUST COMPANY, as Executor of, and as Trustee for PUTNAM BRADLEE STRONG under, the Will of MARY URANIA STRONG, Deceased. ROBERT E. THOMAS, Appellant; DORCAS ABORN HOPE and Others, ROBERT H. ABORN and Another, SAMUEL KOENIG, as Special Guardian, etc., CENTRAL HANOVER BANK AND TRUST COMPANY and PUTNAM BRADLEE STRONG, Respondents.— Decree and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [168 Misc. 716.]

MELVINA ADAMS, Individually and as Guardian ad Litem of GUY E. ADAMS, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was against the weight of the credible evidence. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

BAGDAN MILK Co., INC., Appellant, v. PERCY W. DAKE and CHARLES V. DAKE, Individually and as Copartners Doing Business under the Firm Name and Style of P. W. DAKE & C. V. DAKE, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.